Paul R. Simon, Appellant, v. Estate of Lother V. Kny, Deceased, Appellee.

Gen. No. 47,482. 

First District, Second Division.
December 2, 1958.
Released for publication December 23, 1958.

Paul R. Simon, attorney pro se, for appellant; no brief filed for appellee. Opinion by JUSTICE KILEY. Not to be published in full.